IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SERVICE LIGHTING AND ELECTRICAL SUPPLIES, INC. d.b.a. 1000BULBS.COM,**<br><br>Defendant. | **CIVIL ACTION NO. 3:18-CV-00508** |

**DEFENDANT'S NOTICE OF SERVICE OF DISCLOSURE OF PRELIMINARY INVALIDTY CONTENTIONS AND PRODUCTION OF DOCUMENTS**

Defendant Service Lighting and Electrical Supplies, Inc. d.b.a 1000bulbs.com (**"Defendant"**) in accordance with Amended Miscellaneous Order 62 Rules 3-3 and 3-4 and the Scheduling Order (ECF 19) entered in this case, hereby notifies the Court that it served its Preliminary Invalidity Contentions and documents upon counsel for Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd.

                Respectfully submitted,

By:   *s/ Shauna A. Izadi*
      **LAWRENCE J. FRIEDMAN**
      Texas State Bar No. 07469300
      Email: lfriedman@fflawoffice.com
      **ERNEST W. LEONARD**
      Texas State Bar No. 12208750
      Email: eleonard@fflawoffice.com
      **SHAUNA A. IZADI**
      Texas State Bar No. 24041170
      Email: sizadi@fflawoffice.com

      **FRIEDMAN & FEIGER, LLP**
      5301 Spring Valley Road, Suite 200
      Dallas, Texas 75254
      Telephone (972) 788-1400
      Facsimile (972) 776-5313

      **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court on the 31st day of August, 2018. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

      *s/ Shauna A. Izadi*
      **SHAUNA A. IZADI**